Case 17-00203 Doc 22 Filed 06/03/17 Entered 06/03/17 15:17:43 Desc Main Document Page 1 of 2

| Field | Value |
|---|---|
| Case Number: | 17-00203-SMT |
| Petition Filing Date: | 4/10/2017 |
| Plan Filing Date: | 4/11/2017 |
| First Payment: | 5/10/2017 |
| Confirmation Date and Time: | 6/16/2017 9:30 AM |
| Debtor(s): | ZANETTE B. CHILDS |
| Counsel: | HARRIS S AMMERMAN ESQ |
| Phone #: | 2026380606 |
| E-Mail: | HSAABA@AOL.COM |

| Field | Value | Field | Value |
|---|---|---|---|
| First Meeting Date and Time: | May 15 2017 10:00AM | First Meeting Complete? | concluded |
| Photo ID & SSN Verified | ☑ | Continued 341 Date: | 1/1/1900 |
| Prior Bkys | ☐ No ☑ Yes | ☑ CH7 Year Filed | 2013 X 2, 2001 |
| | | ☐ CH13 Year Filed | |
| Present Creditors: | | | |

| Field | Value |
|---|---|
| Performance: | mtge and pp pd |
| Income/DI: | C/S ct ordered for 2 kids; all other inc verified. Family Entertainment Center - $0 income and very large expenses taken. STOP DURING BKC |
| Tax/Refund History: | pro rated refunds on I |
| Expense Verification: | Mtge $2010<br>Spouse's car $200/mo pd off 6/17 |
| Chapter 7 Liquidation: | RE sole - Per A & D, and Zillow, no non exempt equity<br>EEOC Complaint with HHS; race discrimination; $65K back pay + damages? need copy of retainer agr and complaint |
| Amended Plan: | Plan is infeasible if loan mod not approved; |
| Amended Schedules: | |
| Motion/Objections: | Appl to Employ Suvita Melehy for EEOC Compl. - contingency? Loan mod package submitted and should have decision by 5/31; mtge not pd sinc 2016; trial loan mod never finalized |
| Other: | |

Meeting Conducted By: Nancy Spencer Grigsby, Trustee

Reviewed By: Nancy Spencer Grigsby, Trustee

Reviewed Date: 6/2/17

| Field | Value | Field | Value |
|---|---|---|---|
| Date and Time: | 1/1/1900 | 1St Conf Hearing: | 6/16/2017 9:30 AM |
| E-mailed | ☐ Yes ☐ No | | |
| Petition Filing Date: | 4/10/2017 | Bar Date: | 08/14/2017 |
| No. of Hearings | | | |
| Case Number: | 17-00203-SMT | | |
| Debtor(s) Name: | ZANETTE B. CHILDS | Counsel: | HARRIS S AMMERMAN ESQ |
| | | Phone number | 2026380606 |
| | | 1st 341 Date | May 15 2017 10:00AM |
| Cont. 341 Date: | 1/1/1900 | | |

| Plan # | | Term of Plan: | 60 | Convert from 7 ☐ YES ☐ NO | Conversion Date: |
|---|---|---|---|---|---|
| Scheduled Monthly Payment: | | Payments Due | | Total Plan Payment Due: | $ |
| Gross Funding | $195000.00 | Balance on Hand less Trustee fee: | $0.00 | Def Amt =$0 | |
| Default as of | | DI=$ | CMI | # of Pay ( ____ ) | |

☐ Confirmed Plan # _____ as is     ☐ Confirmed Plan # _____ with consent addendum
Confirmed on condition that: _____ received in 10 days
☐ Denied with leave to amend: _____     Plan due: _____     Hearing date: _____
Continued to Hearing Date:

☐ Denied without leave to amend

☐ Dismissed  ☐ Converted

TRUSTEE OBJECTION
_____

Plan Payment Information: FOR INTERNAL USE ONLY
☐ Wage Order  ☐ Debtor 1  ☐ Debtor 2  ☐ 50/50
☐ Full Payroll Address Capitol Concierge Inc
7815 Executive Blvd
Rockville MD 20852
(If Debtor is a W-2 employee, must have Motion to Waive Wage Order filed by time of confirmation or Wage Order will be filed with Court.)
☐ Epay Doc # _____   ☐ Self Employed   ☐ Retired   ☐ Disability   ☐ Unemployed

**Tax Refund Language**

The Debtor(s) shall provide the Trustee with copies of State and Federal tax returns for the years designated below within 15 days of filing the returns (and shall timely file the returns on or before April 15 of each year due). No later than June 1st of each year, the Debtor(s) shall pay into the plan the amount of refunds exceeding $_____ (the amount already pro-rated on Schedule I, if any) for each of the designated years The tax refund payments will be in addition to, not a credit against, the monthly payments required to be paid under the plan. The Debtor(s) shall not make any change to the amount of annual tax withholdings under the W-4 statement(s) existing as of the date of the petition without 30 days prior notice to the Trustee. This commitment covers tax years: